IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD G. PREWITT, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-0038–CV-W-HFS |
| CHUCK ANDERSON FORD-MERCURY, INC., | ) ) ) | |
| Defendant. | ) ) | |

**MEMORANDUM TO THE PARTIES**

After significant delay, plaintiff's counsel states that he has agreed to continue representation of plaintiff in this action, and he states that arbitration can commence this fall. Defense counsel has been notified by letter indicating possible dates in preparation for the arbitration proceeding.

According to plaintiff, there remains an outstanding dispute regarding responsibility for costs and payments. In an effort to prevent any further delays, the parties are directed to meet and agree to a scheduling plan which should be filed no later than fourteen (14) days from the date of this order.[1]

It is SO ORDERED

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

April 16, 2007
Kansas City, Missouri

---

[1] In so doing, counsel should exhaust every opportunity to resolve all outstanding disputes so that this matter may proceed to arbitration in a timely manner.